ROBBINS GELLER
  RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
  – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: | Lead Case No. M:06-cv-01781-SBA |
| CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | **[E-Filing]** |
| | STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 1 -

WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with the exception of the claims of certain plaintiffs concerning alleged violations of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos. 726-727);

WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180 (N.D. Cal.);

WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70 separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-1781 (N.D. Cal.) ("arbitration petitions");

WHEREAS, the parties are preparing to present to the Court for approval the complete settlement of all aspects of this action and related proceedings; and

WHEREAS, the parties believe it will be most efficient for the Court and the parties to proceed before a single judge with the approval and confirmation of the settlement of all matters;

NOW THEREFORE, the parties, through their respective counsel of record, agree and stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard Seeborg.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | ROBBINS, GELLER |
| | |   RUDMAN & DOWD LLP |
| 2 | | STEVEN W. PEPICH |
| | | JAMES A. CAPUTO |
| 3 | | LAWRENCE A. ABEL |

5                                                       */s/ James A. Caputo*
                                                          JAMES A. CAPUTO

8     ALTSHULER BERZON LLP
    MICHAEL RUBIN
9     EILEEN GOLDSMITH
    177 Post Street, Suite 300
10   San Francisco, CA 94108
    Telephone: 415/421-7151
11   415/362-8064 (fax)

12   TRABER & VOORHEES
    THERESA M. TRABER
13   128 No. Fair Oaks Avenue, Suite 204
    Pasadena, CA 91103
14   Telephone: 626/585-9611
    626/577-7079 (fax)
15
    Attorneys for Plaintiffs
16

17   DATED:  October 4, 2010                              SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                                              MARK C. DOSKER
18                                                                  DIANE L. GIBSON
19                                                                  MICHAEL W. KELLY

21                                                          */s/ Mark C. Dosker*
                                                          MARK C. DOSKER
22

23   275 Battery Street, Suite 2600
    San Francisco, CA 94111
24   Telephone: 415/954-0200
    415/391-2493 (fax)
25
    Attorneys for Petitioner Cintas Corporation and
26   Plan Administrator for the Cintas Partners' Plan

27                                                   *    *    *
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS    - 3 -

1  **O R D E R**

2    Having considered the parties' stipulation, and good cause appearing therefor,

3    IT IS SO ORDERED.

4  DATED: October 14, 2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS      - 4 -